AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| National Treasury Employees Union, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00420 |
| Donald J. Trump, President, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Treasury Employees Union.

Date: 02/13/2025

/s/ Paras N. Shah
*Attorney's signature*

Paras N. Shah, D.C. Bar 983881
*Printed name and bar number*
Deputy General Counsel
National Treasury Employees Union
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
*Address*

Paras.Shah@nteu.org
*E-mail address*

(202) 572-5500
*Telephone number*

(202) 572-5645
*FAX number*