CO-386
10/2018

# United States District Court
# For the District of Columbia

National Treasury Employees Union, et al.

            vs     Plaintiff

Donald J. Trump, President, et al.

                 Defendant

Civil Action No. 1:25-cv-420

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **plaintiff National Treasury Employees Union** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **the National Treasury Employees Union** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

No. 439705
BAR IDENTIFICATION NO.

Allison C. Giles
Print Name

800 K Street, N.W., Suite 1000
Address

Washington, D.C.    20001
City    State    Zip Code

(202) 572-5500
Phone Number