AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| National Treasury Employees Union, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-420 |
| Donald J. Trump, President, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL-CIO.

Date: 02/13/2025

*Attorney's signature*

Carla Markim Siegel, 449953
*Printed name and bar number*

9000 Machinists Place
Upper Marlboro, MD 20772

*Address*

csiegel@iamaw.org
*E-mail address*

(301) 967-4510
*Telephone number*

*FAX number*