CO-386
10/2018

# United States District Court
# For the District of Columbia

National Treasury Employees Union, et al.

      Plaintiff

vs

Donald J. Trump, President, et al.

      Defendant

Civil Action No. __1:25-cv-420__

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __International Association of Machinists & Aerospace Workers (IAM)__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the IAM__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

449953
_____
BAR IDENTIFICATION NO.

Carla Markim Siegel
_____
Print Name

9000 Machinists Place
_____
Address

Upper Marlboro, MD 20772
_____
City   State   Zip Code

301-967-4510
_____
Phone Number