AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| National Treasury Employees Union, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00420 |
| Donald J. Trump, President, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Treasury Employees Union                                                              .

Date:     02/14/2025

/s/ William W. Li
*Attorney's signature*

William W. Li D.C. Bar No. 1006366
*Printed name and bar number*

Associate General Counsel
National Treasury Employees Union
800 K. St. NW, Suite 1000
Washington, D.C. 20001
*Address*

william.li@nteu.org
*E-mail address*

(202) 572-5500
*Telephone number*

(202) 572-5645
*FAX number*