AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| National Treasury Employees Union, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-00420-PLF |
| Donald J. Trump, President, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America.

Date:  02/14/2025

/s/ Joshua B. Shiffrin
*Attorney's signature*

Joshua B. Shiffrin, D.C. Bar # 501008
*Printed name and bar number*

Bredhoff & Kaiser, PLLC
805 15th Street NW, Suite 1000
Washington, D.C. 20005
*Address*

jshiffrin@bredhoff.com
*E-mail address*

(202) 842-2600
*Telephone number*

(202) 842-1888
*FAX number*