CO-386
10/2018

# United States District Court
# For the District of Columbia

National Treasury Employees Union, et al.

       Plaintiff

vs

Donald J. Trump, President, et al.

       Defendant

Civil Action No. 1:25-cv-00420-PLF

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ *Joshua B. Shiffrin*
_____
Signature

501008
_____
BAR IDENTIFICATION NO.

Joshua B. Shiffrin
_____
Print Name

805 15th Street NW, Suite 1000
_____
Address

Washington  D.C.  20005
_____
City  State  Zip Code

(202) 842-2600
_____
Phone Number