# Exhibit 1

## DECLARATION OF DANIEL KASPAR

I, Daniel Kaspar, hereby declare as follows:

1. I currently serve as Director of Field Operations at the National Treasury Employees Union (NTEU). I have worked for NTEU since 2011.

2. As Director of Field Operations, I am responsible for overseeing NTEU's field offices across the nation. Each field office employs one National Counsel and approximately five to seven field representatives. Every NTEU chapter is assigned to a field office and field representative. Field representatives serve as chapters' and members' first line of contact with NTEU on a day-to-day basis. Their job duties include assisting with employee grievances, conducting training, contacting agencies about workplace issues, representing employees at disciplinary meetings and in hearings, and negotiating collective bargaining agreements.

3. By virtue of my job duties, I am familiar with the details of NTEU's relationships with its chapters, chapter leaders, members, and bargaining-unit employees. I am also familiar with staffing, chapter assignments, and work assignments for all NTEU field staff.

4. I am aware of President Trump's Executive Order, *Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative* (Feb. 11, 2025) (Workforce Order). The Order calls for "large-scale reductions in force" (RIFs) and directs agencies to prioritize in the RIFs "all agency diversity, equity, and inclusion initiatives; all agency initiatives, components, or operations that my Administration suspends or closes; and all components and

1

employees performing functions not mandated by statute or other law who are not typically designated as essential during a lapse in appropriations as provided in the Agency Contingency Plans on the Office of Management and Budget website."

5. The parts of the federal workforce that the Order directs to cut include tens of thousands of NTEU members.

6. NTEU represents all professional and nonprofessional employees of the Internal Revenue Service (IRS), with a few exceptions. IRS employees make up the largest share of NTEU's dues-paying members.

7. The IRS FY2025 Lapsed Appropriations Contingency Plan (IRS Plan) designates different numbers of employees who would continue to work during a shutdown depending on whether the shutdown occurs during tax Filing Season (January 1 through April 30) or Non-Filing season. Internal Revenue Service, Fiscal Year 2025 Lapsed Appropriations Contingency Plan (July 22, 2024), https://home.treasury.gov/system/files/266/IRS-FY24LapsePlan.pdf.

8. During Filing Season, 53,782 of the 96,952 IRS employees on board as of the date of the plan (55.5%) are considered nonessential. During Non-Filing season, that number rises to 67,428 (69.5%). *Id.*

9. Based on the Filing Season numbers in the IRS Plan, my experience in overseeing our efforts in the Field and collecting data and other information in anticipation of multiple shutdowns, and my knowledge of NTEU membership rates among IRS employees, my good-faith estimate of the number of dues-paying NTEU members at IRS who would be designated as nonessential and thus prioritized in a

RIF is around 31,220 employees. My good-faith estimate for Non-Filing Season is that around 39,141 dues-paying NTEU members would be designated as nonessential and thus prioritized in a RIF.

10. In the Department of Health and Human Services, NTEU represents employees in the following Operating Divisions and Staff Divisions, with a few exceptions: Office of the Secretary and Administration on Aging (Administration on Community Living (ACL), including General Schedule and Wage Grade Employees; Administration for Children and Families (ACF); Centers for Disease Control and Prevention, National Center for Health Statistics in the Washington, D.C. metropolitan area; Food and Drug Administration (FDA), nationwide; Health Resources and Services Administration; Indian Health Service, Engineering Services, including General Schedule Employees and Wage Grade Employees; and Substance Abuse and Mental Health Services Administration, nationwide.

11. The FY 2025 HHS Contingency Staffing Plan (HHS Plan) designates 40,887 of the 91,649 total onboard staff (45%) as nonessential. U.S. Department of Health and Human Services, FY 2025 HHS Contingency Staffing Plan, https://www.hhs.gov/about/budget/fy-2025-hhs-contingency-staffing-plan/index.html.

12. An attachment linked on the HHS Plan's webpage shows a breakdown of nonessential employees by Operating Division. Based on these numbers, my experience in overseeing our efforts in the Field and collecting data and other information in anticipation of multiple shutdowns, and my knowledge of NTEU

3

membership rates among HHS employees, my good-faith estimate of the number of dues-paying NTEU members at HHS who would be designated as nonessential and thus prioritized in a RIF is around 2,578 employees.

13. I am aware that on January 20, the Director of the Office of Personnel Management (OPM) issued a memorandum to Heads and Acting Heads of Departments and Agencies directing them to send lists of all employees on probationary periods—generally, all employees in the first year or two of their federal employment—to OPM. The memorandum also directed agencies to determine whether to retain those employees. According to news reports, OPM directed agencies to make those determinations by February 5 at noon.

14. Agencies have begun mass firings of probationary employees. For example, the Consumer Financial Protection Bureau (CFPB), where NTEU represents all bargaining-unit employees, sent its probationary employees termination notices on February 11.

15. In addition, I learned that the Food and Drug Administration (FDA), an Operating Division within HHS where NTEU represents most bargaining-unit employees, is preparing to terminate nearly all of its probationary employees.

16. I further learned that the Bureau of Engraving and Printing (BEP), another agency where NTEU represents employees, is preparing to fire probationers. Managers called some probationary employees and said that they would be terminated.

17. I also learned that at the Department of Energy, another agency where NTEU represents employees, termination notices are expected to be sent to probationary employees.

18. NTEU represents an estimated 15,000 probationary employees at the IRS. Based on NTEU membership rates among IRS employees, about 9,675 of those employees are dues-paying NTEU members.

19. NTEU represents over 1,000 probationary employees at HHS. Based on membership rates among HHS employees, around 270 of those employees are dues-paying NTEU members.

20. I am aware of OPM's "deferred resignation program," which encourages federal employees to terminate their employment effective September 30. NTEU members, including those at IRS and HHS, have opted into the program.

21. My colleague Mark Gray estimates that the mass firings of NTEU members who are nonessential and probationary employees, plus the resignation of others under OPM's deferred resignation program, will wipe out as much as half of NTEU's revenue. I agree with him that this is an existential threat, and if NTEU continues to operate, it will need to cut staff significantly.

22. NTEU's staff perform important services for employees. They represent bargaining-unit employees and members in grievances, arbitrations, and court cases; negotiate collective-bargaining agreements; and participate in countless daily meetings and discussions concerning workplace issues facing federal employees. Chapter leaders cannot perform all of these functions themselves

because they are already busy with other union matters and their federal job duties. So, substantial reductions in NTEU staff will mean substantial reductions in employee services.

23. The loss of bargaining-unit employees, members, and revenue will also cause NTEU to lose bargaining power. The strength and influence of any union correlate directly with the size of its membership. NTEU is the nation's largest independent federal sector union and the second largest federal sector union overall. NTEU regularly tells its employees, agencies, Congress, and the public that it represents approximately 150,000 employees in thirty-seven agencies across the government.

24. Because the mass firings of nonessential and probationary employees, and the resignation of others under OPM's deferred resignation program, will substantially reduce the number of employees that NTEU represents, NTEU's influence in negotiating agreements with other agencies or lobbying Congress for benefits that help federal employees will be diminished.

25. The bargaining-unit employees that NTEU represents will see that NTEU has a more limited capacity to advocate for them. That loss of status will likewise affect how federal agency management at IRS, HHS, the CFPB, and other agencies perceive and deal with NTEU going forward.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2025.

Daniel Kaspar

6