# Exhibit 2

Case 1:25-cv-00420-PLF   Document 11-3   Filed 02/14/25   Page 1 of 5

## DECLARATION OF MARK L. GRAY

I, Mark L. Gray, hereby declare as follows:

1. I currently serve as Director of Operations & Administration at the National Treasury Employees Union (NTEU). I have worked for NTEU from 1986 to 1996 and from 2013 through the present.

2. As Director of Operations and Administration, I am responsible for overseeing the day-to-day internal functioning of NTEU. This includes accounting and financial operations, information technology, and other operational matters. The department that I oversee maintains data concerning NTEU's dues-paying membership, such as the total number of members and the details of incoming dues payments from across the Union.

3. NTEU had approximately 91,000 dues-paying members as of October 2024.

4. In fiscal year 2024, NTEU took in approximately $39.5 million total in member dues, which represented about 84.5% of its total receipts for the year. In my experience, these figures are typical for at least the past ten years.

5. The Internal Revenue Service employs more dues-paying NTEU members than any other federal agency or department. My colleague Daniel Kaspar estimates that President Trump's recent Executive Order, *Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative* (Feb. 11, 2025) (Workforce Order) will result in the termination of approximately 31,220 NTEU members at IRS who are designated as nonessential

employees, based on Filing Season numbers. In other words, the Workforce Order will wipe out more than a third of NTEU's membership.

6. The outlook based on Non-Filing Season numbers is even more bleak: my colleague estimates that in Non-Filing Season, 39,141 dues-paying NTEU members would be designated nonessential and thus prioritized in a RIF. In that situation, the Workforce Order would wipe out approximately 43% of NTEU's membership.

7. Compared with other federal agencies, the Department of Health and Human Services employs the third-largest number of dues-paying NTEU members. My colleague Daniel Kaspar estimates that the Workforce Order will result in the termination of approximately 2,578 NTEU members at HHS who are designated as nonessential employees. This figure constitutes almost 3% of NTEU's membership.

8. The amount in dues that each NTEU member pays is a percentage of the member's base pay that varies depending on the member's grade and step in the applicable pay scale. For purposes of calculating the approximate amount in dues revenue that NTEU will lose because of the Workforce Order, however, $440 per member per year is a reasonable estimate. In fact, this is a low estimate, because it includes dues rates paid by members at the lower end of the General Schedule pay scale. The majority of NTEU members who work in the Department of Health and Human Services are not at the lower end of the GS pay scale.

9. I estimate that the termination of nonessential employees at IRS and HHS under the Workforce Order will cause NTEU to lose around $15 million—

around 38% of its annual dues revenue. NTEU will lose even more dues revenue when factoring in the termination of nonessential employees at the other thirty-five agencies where NTEU has members.

10. NTEU will lose millions more in dues revenue when factoring in the termination of NTEU members who are probationary employees and the resignation of NTEU members under the Office of Personnel Management's deferred resignation program. Even if the employees who resign under the program remain NTEU members after their resignations are effective on September 30, NTEU will lose money because retiree dues rates are significantly reduced.

11. At the IRS alone, NTEU represents an estimated 15,000 probationary employees. Based on NTEU membership rates among IRS employees, about 9,675 of those employees are dues-paying NTEU members. Losing those members would eliminate over $5 million in annual dues revenue.

12. At HHS, NTEU represents over 1,000 probationary employees. Based on membership rates among HHS employees, around 270 of those employees are dues-paying NTEU members. Losing those members would eliminate approximately $140,400 in annual dues revenue.

13. Because the mass firings of nonessential employees and probationary employees and the resignation of other employees will wipe out as much as half of NTEU's dues revenue, the actions challenged in this case threaten NTEU's very existence. If NTEU can continue to operate at all, it will need to drastically cut staff and significantly reduce all of its activities, for example.

3

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2025.

_____
Mark L. Gray