# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION, )
ET AL.,                                                         )
                                                                       )          Case No.
                                    Plaintiffs,              )
                                                                       )
                        v.                                          )
                                                                       )
DONALD J. TRUMP, ET AL.,                            )
                                                                       )
                                                                       )
                                    Defendants.          )
_____ )

## DECLARATION OF TIMOTHY SMITH

I, Timothy Smith, declare as follows:

   1.  The facts described herein are based on my personal knowledge.

   2.  I am the Director of Region 8 of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW").  The UAW represents nearly 400,000 active members in a variety of industries in the United States and Canada.  Those members belong to local unions chartered by the UAW. Those local unions, in turn, are organized into regions for administrative purposes.

   3.  UAW Local 2750 is one of the local unions in UAW Region 8.  The UAW and Local 2750, which is also known as "NIH Fellows United," is certified under law to serve as the exclusive representative of approximately 5,000 research and clinical fellows who work at five campuses of the National Institutes of Health ("NIH") across the United States as well as in other NIH facilities.

4.  The UAW and NIH Fellows United were first certified as the exclusive representative of this bargaining unit in December 2023, when an overwhelming majority of the bargaining unit voted in favor of the union.

5.  Nearly all of the members of the NIH Fellows United bargaining unit (with the exception of some clinical fellows who provide patient care in NIH-run medical facilities) are considered non-essential employees.

6.  Approximately ten percent (500 or so out of 5,000) of the NIH Fellows United bargaining unit are either probationary or trial employees under the regulations established by the Office of Personnel Management ("OPM").

7.  As the certified representative of the NIH bargaining unit, the UAW and NIH Fellows United are legally responsible for evaluating, filing, and prosecuting grievances on behalf of employees, including in arbitration; evaluating and potentially filing unfair labor practice charges against NIH; and engaging in negotiations with NIH regarding changes to the working conditions for bargaining unit members.   The UAW incur costs and expenses in connection with all of these activities, including costs and expenses pertaining to UAW staff salaries, arbitration, and legal services.

8.  To fund those activities, NIH Fellows United collects dues from its members. A portion of the dues collected from NIH Fellows United members is remitted to the UAW to reimburse it for the expenses it incurs directly in connection with its representational and other activities.

9.  Although NIH Fellows United is a relatively new union, it expects to collect somewhere between $10,000 and $40,000 dollars a month in membership dues to fund its activities once it is fully established.

10. The termination of all non-essential employees in the NIH Fellows United bargaining unit would substantially deprive the UAW and NIH Fellows United of all of the dues revenue that is necessary to carry out the legally required representational work on behalf of the NIH Fellows United bargaining unit and render NIH Fellows United unable to fulfill its mission.

11. The termination of all probationary and/or trial employees would also severely hamper the union's ability to do its legally required representational work by depriving it of a substantial amount of dues revenue that is necessary to fund its work.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 13, 2025

*Tim Smith*
_____
Timothy Smith