# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION , *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Case No.: 25-420 |

## DECLARATION OF RANDY ERWIN

I, Randy Erwin, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am the National President of the National Federation of Federal Employees ("NFFE"). NFFE is a national labor organization and unincorporated membership organization headquartered in Washington, D.C.

3. NFFE represent more than 100,000 federal workers, approximately 10,000 of whom are dues-paying members, from agencies across the federal government.

4. On February 13, 2025 the U.S. Forest Service announced 3,475 probationary employees would be terminated while on probation in the days ahead.  As of the date of this filing, 1400 probationary employees of the 3,475 targeted at the U.S. Forest Service had already been notified of their terminations. We have heard that some terminated probationary employees who live in government housing will also be without housing as a result of this Executive action.

1

5. NFFE represents our federal sector members through negotiating collective bargaining agreements and assisting employees with enforcing them. We assert contractual and statutory rights on behalf of our federal sector members by filing grievances, unfair labor practice charges, or other complaints through our negotiated grievance procedure or with various federal agencies, including the Federal Labor Relations Authority, the Merit Systems Protection Board, the Office of Special Counsel, and the Federal Labor Relations Authority. NFFE files litigation on employees' behalf in the courts. We also advocate on Capitol Hill and in the media on issues of importance to federal workers and to veterans.

6. NFFE's operations are primarily funded solely by members who pay dues to be members of the union. NFFE will be financially harmed because it will immediately lose dues revenue from members who are fired because they are nonessessential or probationary. NFFE currently does not have a mechanism to maintain membership of union members who leave federal service.

7. NFFE has thousands of dues paying members who would be considered nonessential during a lapse of appropriations within the U.S. Forest Service, the VA, and DoD. The Forest Service has approximately 2,000 dues-paying members who would be considered nonessential. The VA has approximately 100 members who would be considered nonessential. DoD has approximately 900 dues-paying members who would be considered nonessential.

8. NFFE has thousands of dues-paying members who are probationary employees at the U.S. Forest Service, VA and DoD. NFFE's bargaining unit within the U.S. Forest Service consists of 18,080 employees, 5796 of whom are probationers, or approximately 32% of the unit. Approximately 900 dues paying members of the U.S. Forest Service are probationary. NFFE's bargaining unit within the VA consists of approximately 10,000 employees and 1500 are probationers, or approximately 15% of the unit. Of those, approximately 350 are probationers. NFFE's represents 1854 dues paying members at the DoD. Of those, approximately 200 are probationers.

9. NFFE will be financially harmed if all employees previously designated as nonessential during the lapse in appropriations were terminated, along with an unknown number of employees who work in agency components that might be suspended or closed at some point. In that event, NFFE would immediately lose hundreds of thousands of dollars of revenue.

10. NFFE's ability to carry out its mission will be severely curtailed if union members are no longer in federal service and do not pay dues to NFFE. For example, NFFE would not have the ability to maintain current staff levels who help with training union leaders, assisting with grievances, negotiating collective bargaining agreements, advocating for employees on Capitol hill, and filing litigation on behalf of the employee's we represent.

11. NFFE members pay dues voluntarily as federal employees. There is no mechanism for NFFE to collect dues for any period of time federal employees are not in federal service. For example, if employees were terminated during a RIF and rehired at some point, NFFE would have no ability to recoup back dues from an employee for that period of time.

12. I am aware of and can identify individual NFFE members who have opted into the OPM's deferred resignation program and will leave federal service by September 30, 2025. NFFE will lose dues revenue from those members who opted in because they will no longer be in the bargaining unit and in federal service after September 30, 2025.

13. We have heard from members who are concerned about NFFE losing strength and bargaining power because of the threat of diminished membership and smaller bargaining units. NFFE leverages it's size and the fact we represent over 100,000 federal employees when advocating in the media or to Congress and when bargaining with agencies. The Executive actions of the deferred resignation program and the terminations of probationary employees stand to reduce NFFE's size and capacity, thereby curbing our abilities to advocate for positive change for federal workers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 14, 2025    _____
　　　　　　　　　　　　　　　　Randy Erwin

4