# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, ET AL., <br><br> Defendants. | Case No. |

## DECLARATION OF CRAIG NORMAN

I, Craig Norman, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts in this declaration.

2. I am the Director of Government Employees for the International Association of Machinists and Aerospace Workers ("IAM"). IAM is an international labor organization and unincorporated membership organization headquartered in Upper Marlboro, Maryland. IAM is one the largest and most diverse labor unions in North America with nearly 600,000 active and retired members.

3. IAM represents approximately 15,000 federal workers in a variety of bargaining units. The majority of the IAM's representation in the federal sector is for workers in the Department of Defense and for workers in the Bureau of Printing and Engraving.

4. While the exact numbers are not immediately clear, some of these workers are considered nonessential if there were a lapse of appropriations. Additionally, roughly 10 percent are probationary employees. Should the nonessential and probationary employees be terminated, the IAM will be harmed because it will immediately lose both bargaining power for our remaining members and will lose dues revenue.

5. The IAM is legally responsible for negotiating collective bargaining agreements for the workers we represent and for enforcing those collective bargaining agreements through meetings with management, filing grievances, or pursuing complaints to a variety of federal agencies including the Federal Labor Relations Authority, the Merit Systems Protection Board, the Federal Labor Relations Authority and others. Additionally, the IAM provides training to our members at our training facility, including accredited course work; we engage in lobbying on behalf of the interests of our federal members; and we ensure constant communications with our membership on issues relevant to their employment through all forms of media.

6. The IAM expends significant resources to make sure that our federal members are properly represented as described above. These resources are funded through dues dollars. Should the nonessential and probationary employees be terminated, that would deprive the IAM of some of its funding, thereby hurting the remaining members and possibly reducing the level of servicing we could provide.

7. I am aware of, and could identify, members who have opted into the OPM's deferred resignation program and therefore who will leave federal service no later than September 30, 2025.

8. The cumulative loss of these members will have a devastating impact on the remaining members because the IAM will lose a certain amount of bargaining strength if it is coming to the table with a significantly reduced workforce. It is axiomatic in the labor movement that there is strength in numbers and as the numbers are reduced as described above, that strength is weakened.

I, Craig Norman, declare under penalty of perjury that the foregoing is true and correct.

_2/14/2025_    _/s/ Craig Norman_

Date           Craig Norman