IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, 800 K Street N.W., Suite 1000, Washington, D.C. 20001, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States 1600 Pennsylvania Avenue N.W. Washington, D.C. 20035, et al., <br><br> Defendants | Case No. 1:25-cv-0420 |

### [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order and accompanying brief, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that Defendants are enjoined from implementing section 3 of Executive Order No. 14210, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative (Feb. 11, 2025); and it is further

ORDERED that the mass firing of nonessential, probationary, and other employees and OPM's deferred resignation program, collectively, are declared unlawful; and it is further

ORDERED that OPM is enjoined from extending, expanding, or replicating its deferred resignation program; and it is further

ORDERED that Defendants are enjoined from violating the RIF statute and regulations, including requirements related to the establishment of the competitive areas, an authorized reason for the RIF, legal classification of competing employees, and notice to affected employees and exclusive bargaining representatives.

Defendants are further **ORDERED** to file a status report within 24 hours of the issuance of this order, and every two weeks thereafter for 12 weeks, confirming compliance with this order.

**SO ORDERED**.

Dated: February __, 2025

_____
THE HON. PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

NAMES OF PERSONS TO BE SERVED
WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

DONALD TRUMP, President of the United States of America,
1600 Pennsylvania Avenue NW
Washington, DC 20050

CHARLES EZELL,
Acting Director,
Office of Personnel Management
1900 E Street N.W.
Washington, D.C. 20415

DOUGLAS O'DONNELL,
Acting Commissioner, Internal Revenue Service
U.S. Department of Treasury
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

DOROTHY FINK, M.D., Acting Secretary
U.S. Department of Health and
Human Services
200 Independence Avenue S.W.
Washington, D.C. 20201

RUSSELL VOUGHT, Acting Director,
Consumer Financial Protection Bureau,
1700 G Street N.W.
Washington, D.C. 20552

RANDY MOORE, Chief,
U.S. Forest Service
U.S. Department of Agriculture
1400 Independence Avenue S.W.
Washington, D.C. 20250,

DOUG COLLINS, Secretary
Department of Veterans Affairs
810 Vermont Avenue N.W.
Washington, D.C. 20420,

PETE HEGSETH, Secretary
Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000,

MAKENZIE LYSTRUP, M.D., Director,
Goddard Space Flight Center
National Aeronautics and Space Administration
8800 Greenbelt Road
Greenbelt, MD 20771

MATTHEW J. MEMOLI, M.D., Acting Director,
National Institutes of Health
9000 Rockville Pike
Bethesda, MD 20892