IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, ET AL., </br>       Plaintiffs, </br></br> v. </br></br> DONALD J. TRUMP, ET AL., </br></br>       Defendants. | Case No. 1:25-cv-00420 |

## CERTIFICATE OF NOTICE PURSUANT TO LOCAL CIVIL RULE 65.1(a)

Pursuant to Local Civil Rule 65.1, I hereby certify that I provided copies by email at February 24, 2025, 7:20 p.m., of the following filings to the Civil Process Clerk and the Civil Chief of the United States Attorney's Office for the District of Columbia pursuant to the instructions at https://www.justice.gov/usao-dc/civil-division:

- Dkt. #1:   Complaint (also emailed earlier on Feb. 14, 2025)

- Dkt. #1.1: Civil Cover Sheet (also emailed earlier on Feb. 14, 2025)

- Dkt. #2: Summons (also emailed earlier on Feb. 14, 2025)

- Dkt. #8: Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum ISO Motion, Declarations ISO Motion, and Proposed Order[1]

---

[1] I have sent the Government an unfiled copy of this Motion and supporting papers so that I could include this certificate with the filed copy.

/s/ Allison C. Giles

Allison C. Giles
Assistant Counsel
Bar No. 439705

NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Ste 1000
Washington, D.C. 20001
Tel: (202) 572-5500
Fax: (202) 572-5645
allie.giles@nteu.org

February 14, 2025         Attorney for Plaintiffs