# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al., et al., </br></br>     Plaintiffs, </br></br> v. </br></br> DONALD J. TRUMP, et al., </br></br>     Defendants. | Civil Action No. 1:25-cv-00420 |

## **NOTICE OF APPEARANCE**

Please take notice that undersigned counsel hereby enters his appearance in this matter on behalf of Defendants Donald J. Trump, President of the United States; Charles Ezell, Acting Director, U.S. Office of Personnel Management; Douglas O'Donnell, Acting Commissioner, Internal Revenue Service, U.S. Department of Treasury; Dorothy Fink, Acting Secretary, U.S. Department of Health and Human Services; Russel Vought, Acting Director, Consumer Financial Protection Bureau; Randy Moore, Chief, U.S. Forest Service, U.S. Department of Agriculture; Doug Collins, Secretary, Department of Veterans Affairs; Pete Hegseth, Secretary, Department of Defense; Makenzie Lystrup, M.D., Director, Goddard Space Flight Center, National Aeronautics and Space Administration; and Matthew J. Memoli, Acting Director, National Institutes of Health, in their official capacities.

Dated: February 17, 2025    Respectfully submitted,

*/s/ Abhishek S. Kambli*
ABHISHEK S. KAMBLI
(NY Bar No. 5093034)
Deputy Associate Attorney General
United States Department of Justice
Office of the Associate Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
Phone: (202) 514-9500
Email: Abhishek.Kambli@usdoj.gov

*Counsel for Defendants*