# Exhibit 1

## SUPPLEMENTAL DECLARATION OF DANIEL KASPAR

I, Daniel Kaspar, hereby declare as follows:

1. I currently serve as Director of Field Operations at the National Treasury Employees Union (NTEU). I have worked for NTEU since 2011.

2. As Director of Field Operations, I am responsible for overseeing NTEU's field offices across the nation. By virtue of my job duties, I am familiar with the details of NTEU's relationships with its chapters, chapter leaders, members, and bargaining-unit employees.

3. This declaration supplements the declaration that I executed on February 14, 2025 in this same matter.

4. In my February 14 declaration, I stated that firings of probationary employees were imminent at the following agencies where NTEU represents bargaining unit employees: the Food and Drug Administration (FDA); the Bureau of Engraving and Printing; and the Department of Energy. I can confirm that the FDA and the Department of Energy have fired a large portion – well over a majority – of their probationary employees. I can further confirm that both of these agencies fired NTEU dues-paying members as part of its purge of probationary employees. The Bureau of Engraving and Printing is expected to terminate probationary employees imminently.

5. In addition, Health and Human Services (beyond its FDA operating division); the Bureau of Land Management; the Environmental Protection Agency; the National Park Service; and the Food and Nutrition Service have also fired many

1

– in several cases the bulk of – their probationary employees. NTEU represents bargaining unit employees at each of these agencies. Each of these agencies terminated NTEU dues-paying members as part of its mass firing of probationary employees.

6. My understanding from media reports and communications with employees at the Federal Deposit Insurance Corporation (FDIC) is that the FDIC will terminate many probationary employees today. My understanding from media reports and communications with employees at the Internal Revenue Service (IRS) is that IRS will terminate thousands of probationary employees as soon as this week.

7. In my February 14 declaration, I noted the Consumer Financial Protection Bureau's (CFPB) mass firing of probationary employees on February 11. On February 13, the CFPB fired over 70 term employees, including dues-paying NTEU members. Those 70-plus term employees contacted NTEU and provided copies of their termination notices. The termination notices rely on the President's Order, stating: "your employment will be terminated effective at the close of business on February 13, 2025, due to Executive Order Implementing The President's 'Department of Government Efficiency' Workforce Optimization Initiative – The White House dated February 11, 2025."

8. Through the administration's implementation of the Executive Order referenced above and the administration's mass firing of probationary employees, NTEU has had approximately 1,250-1,500 dues-paying members terminated to

2

date. That represents more than half a million dollars in dues revenue. I expect those numbers will increase substantially this week, with IRS expected to fire thousands of probationary employees.

9. Ninety-four percent of NTEU members pay their dues via payroll deductions. Dues payments for effectively all NTEU members who have been terminated will stop with their final paycheck.

10. Even if an NTEU member who is terminated is one day reinstated, NTEU will not recover the dues revenue that it would have received for the period during which the NTEU member was out of their federal job. NTEU cannot recover dues payments for a period during which an NTEU member is removed from their federal position. While that NTEU member could technically remain in the union after termination from federal employment, their dues rate, as a former federal employee, would be less than 10% of the dues rate that they had been paying.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2025.

_____
Daniel Kaspar