AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| National Treasury Employees Union, et al., | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   1:25-cv-420 |
| Donald J. Trump, President, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff National Treasury Employees Union                         .

Date:    02/18/2025

                                              /s/Jessica Horne
                                            *Attorney's signature*

                           Jessica Horne, Bar No. 1029732
                           *Printed name and bar number*
                           Assistant Counsel, NTEU
                           800 K Street, N.W., Suite 1000
                           Washington, D.C. 20001

                                              *Address*

                             jessica.horne@nteu.org
                                      *E-mail address*

                                   (202) 572-5500
                                   *Telephone number*

                                   (202) 572-5645
                                     *FAX number*