AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| National Treasury Employees Union, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00420-CRC |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff International Union, United Automobile, Aerospace, & Agricultural Implement Workers of America    .

Date:    02/18/2025

/s/ J. Alexander Rowell
*Attorney's signature*

J. Alexander Rowell, D.C. Bar #1780007
*Printed name and bar number*

Bredhoff & Kaiser, P.L.L.C.
805 15th Street NW, Suite 1000
Washington, DC 20005

*Address*

arowell@bredhoff.com
*E-mail address*

(202) 842-2600
*Telephone number*

(202) 842-1888
*FAX number*