AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-0420

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Edward R. Martin, Jr., Interim U.S. Attorney for Wash. D.C.
was received by me on *(date)* 02/14/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served by email, pursuant to instructions at https://www.justice.gov/usao-dc/civil-division, with service received on 2/14/2025 (see attached) as well as by certified mail with service received on 2/18/2025 (attached) pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/19/2025

/s/ Allison C. Giles
*Server's signature*

Allison C. Giles, Assistant Counsel
*Printed name and title*

National Treasury Employees Union
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

 Outlook

## RE: NTEU, et al., v. Trump, et al., 25-420

| | |
|---|---|
| From | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| Date | Sat 2/15/2025 11:45 AM |
| To | Allie Giles <Allie.Giles@NTEU.ORG> |

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Your service package has been received and accepted with a service date of February 14, 2025. Thank you.

**From:** Allie Giles <Allie.Giles@NTEU.ORG>
**Sent:** Friday, February 14, 2025 2:26 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] NTEU, et al., v. Trump, et al., 25-420

Attached please find a summons for the U.S. Attorney as well as a complaint filed on Feb. 12, 2025. We have also served your office by certified mail this day. Thank you.

*Allie Giles*
*Assistant Counsel, Office of General Counsel*
*National Treasury Employees Union*
*800 K Street, N.W., Suite 1000*
*Washington, D.C. 20001*
*(202) 572-5509*
*Pronouns: She/her*





February 18, 2025

Dear Allison Giles:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0006 1686 26**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | February 18, 2025, 5:18 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 8.0oz |

### Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

 Outlook

**US Atty Cert Mail Receipt**

**From** Kathryn Bailey <kathryn.bailey@NTEU.ORG>
**Date** Wed 2/19/2025 8:53 AM
**To** Allie Giles <Allie.Giles@NTEU.ORG>



Sent from my iPhone