AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-0420

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Doug Collins, Secretary, Dep't of Veterans Affairs

was received by me on *(date)*    02/18/2025    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I served by by certified mail with service received on 2/18/2025 (attached) pursuant to Fed.
R. Civ. P. 4(i)(1)(A)(ii).

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    02/19/2025

_____          /s/ Allison C. Giles
                                                    *Server's signature*

_____          Allison C. Giles, Assistant Counsel
                                                    *Printed name and title*

_____          National Treasury Employees Union
                                                    800 K Street, N.W., Suite 1000
                                                    Washington, D.C. 20001
                                                    *Server's address*

Additional information regarding attempted service, etc:


**UNITED STATES POSTAL SERVICE**

February 18, 2025

Dear Allison Giles:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 0006 1685 41**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | February 18, 2025, 5:17 am |
| **Location:** | WASHINGTON, DC 20420 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 8.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**CERTIFIED MAIL® RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20420

| Certified Mail Fee | $4.85 |
| | $ |

$0.00

**Extra Services & Fees** *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) — $ $2.82
- ☒ Return Receipt (electronic) — $ $0.00
- ☐ Certified Mail Restricted Delivery — $ $0.00
- ☐ Adult Signature Required — $ $0.00
- ☐ Adult Signature Restricted Delivery — $

| Postage | $3.43 |
| | $ |

**Total Postage and Fees**
$10.90
$

MERRIFIELD, VA 22116
FEB 14 2025
Postmark Here

02/14/2025

Sent To  Sec D. Collins, Dep't of VA

Street and Apt. No., or PO Box No.  810 Vermont Ave NW

City, State, ZIP+4®  Washington DC 20420