AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-0420

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Russell Vought, Acting Director, CFPB
was received by me on *(date)* 02/13/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served by certified mail, with service received by the defendant on 2/18/2025 (attached), pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/19/2025

/s/ Allison C. Giles
*Server's signature*

Allison C. Giles, Assistant Counsel
*Printed name and title*

National Treasury Employees Union
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:



February 18, 2025

Dear Allison Giles:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0006 1685 96**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | February 18, 2025, 1:04 pm |
| Location: | WASHINGTON, DC 20552 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten: 20552]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20552

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)   $ $2.62
- ☒ Return Receipt (electronic)   $ $0.00
- ☐ Certified Mail Restricted Delivery   $ $0.00
- ☐ Adult Signature Required   $ $0.00
- ☐ Adult Signature Restricted Delivery   $

Postage  $9.35

Total Postage and Fees
$16.62

Postmark Here
USPS MERRIFIELD, VA 22116
FEB 14 2025
02/14/2025

Sent To: R. Vought Acting Dir CFPB
Street and Apt. No., or PO Box No.: 1700 G St NW
City, State, ZIP+4®: Washington DC 20552