IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)  No. 1:25-cv-00420-CRC |
| v. | )<br>) |
| DONALD J. TRUMP, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs National Treasury Employees Union (NTEU), National Federation of Federal Employees (NFFE), International Association of Machinists and Aerospace Workers (IAM), International Federation of Professional and Technical Engineers (IFPTE), and the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) (collectively, the Unions) respectfully submit this motion for leave to file a short supplemental declaration, with an attached email from the Internal Revenue Service (IRS) received today, that bears directly on the issues that the Court raised regarding the Unions' pending Motion for a Temporary Restraining Order and Preliminary Injunction. Counsel for plaintiffs contacted counsel for the defendants by email to Mr. Kambli and Mr. Hall on February 20, 2025, 1:28 p.m., and by a phone call to Mr. Kambli at 2:00 p.m. to ask if they would consent to this motion but did not receive a reply before plaintiffs filed.

The February 20, 2025 email from the IRS informed NTEU that "[p]er the executive orders and guidance from OPM regarding the termination of probationary employees I want to inform you that over 6,500 probationary IRS employees will be separated today." *See* Exhibit to Supplemental Declaration by Daniel Kaspar (Feb 20, 2025) (attached herewith). IRS employees make up the largest share of NTEU's dues paying members. *See id.* ¶ 4. NTEU represents an estimated 15,000 probationary employees at the IRS and based on NTEU membership rates, about 9,675 of those are dues-paying NTEU members. *See id.* ¶ 5.

The immediacy and vast scale of these firings—and the authority that IRS relies upon—all bear directly on questions that the Court raised at the February 18 hearing on the Unions' pending motion. That is especially true with regard to questions that the Court raised regarding the ripeness of arguments about the relevant Executive Order; and with regard to the Court's questions regarding preclusion, for which the Unions' theory centers on the irremediable harm from the delays associated with channeling that they will suffer.

Because the IRS email bears directly on ripeness and harm, the Unions' request that the Court grant this motion so that it can have a full and complete record during its consideration of the Union's pending motion.

Respectfully submitted,

/s/ Julie M. Wilson

_____

JULIE M. WILSON
General Counsel
D.C. Bar No. 482946

/s/ Paras N. Shah

_____

PARAS N. SHAH
Deputy General Counsel
D.C. Bar No. 983881

/s/ William Li

_____

WILLIAM LI
Associate General Counsel
D.C. Bar No. 1006366

/s/ Allison C. Giles

_____

ALLISON C. GILES
Assistant Counsel
D.C. Bar No. 439705

/s/ Jessica Horne

_____

JESSICA HORNE
Assistant Counsel
D.C. Bar No. 1029732

NATIONAL TREASURY
EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
Tel: (202) 572-5500
julie.wilson@nteu.org
william.li@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
jessica.horne@nteu.org

Attorneys for Plaintiff NTEU

/s/ Yvette M. Piacsek
_____

YVETTE M. PIACSEK
General Counsel
D.C. Bar No. 980302

NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Avenue N.W., Suite 450
Washington, D.C. 20005
Tel: 202-216-4428
ypiacsek@nffe.org

Attorney for Plaintiff NFFE


/s/ Carla M. Siegel
_____

CARLA M. SIEGEL
General Counsel
D.C. Bar No. 449953

INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
WORKERS, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
Tel: 301-967-4510
csiegel@iamaw.org

Attorney for Plaintiff IAM

/s/ Teresa Ellis

_____

TERESA ELLIS (admission pending)
General Counsel
D.C. Bar No. 495855

INTERNATIONAL FEDERATION OF
PROFESSIONAL & TECHNICAL
ENGINEERS, AFL-CIO
513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org

Attorney for Plaintiff IFPTE


/s/ Joshua B. Shiffrin

_____

Joshua B. Shiffrin
D.C. Bar No. 501008
Bredhoff & Kaiser P.L.L.C.
805 15th Street N.W.
Suite 1000
Washington D.C. 20005
Tel: (202) 842-2600
jshiffrin@bredhoff.com

February 20, 2025          Attorney for Plaintiff UAW