<u>SUPPLEMENTAL DECLARATION OF DANIEL KASPAR</u>

I, Daniel Kaspar, hereby declare as follows:

1.     I currently serve as Director of Field Operations at the National Treasury Employees Union (NTEU). I have worked for NTEU since 2011.

2.     I received an email from Traci M. DiMartini, Human Capital Officer, Internal Revenue Service (IRS) today, February 20, 2025, informing NTEU that "[p]er the executive orders and guidance from OPM regarding the termination of probationary employees I want to inform you that over 6,500 probationary IRS employees will be separated today."

3.     A true and accurate copy of that email is attached to this declaration.

4.     IRS employees make up the largest share of NTEU's dues paying members, as I stated in the February 14, 2025 declaration that I submitted in this litigation. ECF No. 11-2 ¶ 6.

5.     As I stated in my February 14, 2025 declaration, NTEU represents an estimated 15,000 probationary employees at the IRS and based on NTEU membership rates, about 9,675 of those are dues-paying NTEU members. ECF No. 11-2 ¶ 18.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2025.

Daniel Kaspar

**Dan Kaspar**

| | |
|---|---|
| **From:** | DiMartini Traci M <Traci.M.DiMartini@irs.gov> |
| **Sent:** | Thursday, February 20, 2025 1:32 PM |
| **To:** | Doreen Greenwald; Dan Kaspar |
| **Subject:** | FW: Termination of Probationary Employees |

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Doreen and Dan,

I am sending an update on the status of the probationary employees being separated today as a follow up to the email below.

I was notified that some employees had their Outlook access terminated earlier than scheduled. IT restored the access and every employee who is scheduled to be separated today should have received a copy of the letter via email. To ensure each employee receives notice we are also sending a hard copy out via UPS overnight delivery.

Employees can return equipment and all other IRS property to their managers or designated management official today. They should take the time they need to print out their eOPF files and if they have any issues you can direct them to me for assistance. There are HCO senior managers at each campus location who can also assist if needed. Those who need to mail their equipment and PIV cards back to the service will be provided with instructions on how to return the items via a pre-paid mailer. All employees will be paid for the balance of today and tomorrow via administrative leave.

Here is an address where employees can submit a request for reconsideration if they believe they were improperly terminated. That address is: probationers_dashr@treasury.gov.

I encourage you to continue to notify me of any issues you hear about across the country. Every single IRS employee who is being terminated today are valuable to the federal service and I do not want anyone to feel like they did not get their questions or issues resolved. I also want you to know if you learn of any employees who were on medical leave that received termination letters I want you to notify me immediately so I can intervene and address the situation.

Finally, while the personnel actions will be coded as Termination due to Performance as directed by the Office of Personnel Management, we will include on the SF 50 that indicate the action was taken due to mass terminations directed by the administration.

Please let me know if you need anything else.

Thank you, Traci

**From:** DiMartini Traci M
**Sent:** Thursday, February 20, 2025 9:40 AM
**To:** Doreen Greenwald <doreen.greenwald@NTEU.ORG>
**Subject:** Termination of Probationary Employees

President Greenwald,

Per the executive orders and guidance from OPM regarding the termination of probationary employees I want to inform you that over 6,500 probationary IRS employees will be separated today.  Employees who believe their termination is in error should send an email to:   probatioiners_dashr@treasury.gov

I am committed to working with you to ensure every separated employee is treated with dignity.  If you are notified by any NTEU officer or member of an issue at a specific office or with a specific individual please notify me immediately so I can take swift action.  **No employee will be denied unemployment insurance which they are rightfully due since they are being involuntarily separated from service.**

Please do not hesitate to call or email me if you have questions.

Thank you,   Traci


Traci M. DiMartini
Human Capital Officer
Internal Revenue Service