IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, 800 K Street N.W., Suite 1000 Washington, D.C. 20001, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States 1600 Pennsylvania Avenue N.W. Washington, D.C. 20035, et al., <br><br> Defendants | Case No. 1:25-cv-0420 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' motion for leave to file a supplemental declaration, it is hereby

ORDERED that the motion is GRANTED and the supplemental declaration may be filed in this matter.

**SO ORDERED.**

Dated: February __, 2025

_____
THE HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE

NAMES OF PERSONS TO BE SERVED
WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Abhishek S. Kambli
Deputy Associate Attorney General
United States Department of Justice
Office of the Associate Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530
Abhishek.Kambli@usdoj.gov

Christopher R. Hall
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Christopher.Hall@usdoj.gov

Counsel for Defendants