AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-0420

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donald J. Trump, President
was received by me on *(date)* 02/13/2025 .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I served defendant by certified mail with service received on 2/25/2025 (attached) pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/25/2025

/s/ Allison C. Giles
*Server's signature*

Allison C. Giles, Assistant Counsel
*Printed name and title*

National Treasury Employees Union
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:



February 25, 2025

Dear Allison Giles:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 0006 1685 65**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | February 25, 2025, 4:11 am |
| Location: | WASHINGTON, DC 20500 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1600 PENNSYLVANIA AVE NW |
| City, State ZIP Code: | WASHINGTON, DC 20500-0005 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20500

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $0.00 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ _____
- ☒ Return Receipt (electronic)  $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required  $ $0.00
- ☐ Adult Signature Restricted Delivery  $ _____

Postage  $9.35

Total Postage and Fees  $16.82

Postmark Here — MERRIFIELD, VA 22116 — FEB 14 2025 — 02/14/2025

Sent To: D. Trump
Street and Apt. No., or PO Box No.: 1600 Pennsylvania Ave NW
City, State, ZIP+4®: Washington DC 20500

9589 0710 5270 0000 1685 65