CO-386
10/2018

# United States District Court
# For the District of Columbia

National Treasury Employees Union, et al.

                      Plaintiff

vs

Donald J. Trump, President, et al.

                      Defendant

Civil Action No. __1:25-cv-420__

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __plaintiff Int'l Fed'n of Prof'l & Tech. Eng'rs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the Int'l Fed'n of Prof'l & Tech. Eng'rs__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

495855
_____
BAR IDENTIFICATION NO.

Teresa J. Ellis
_____
Print Name

513 C St. NE
_____
Address

Washington, DC  20002
_____
City          State          Zip Code

(202) 239-4897
_____
Phone Number