IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION,<br>800 K Street N.W., Suite 1000<br>Washington, D.C. 20001, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 1:25-cv-0420 (CRC) |
| v. | ) ) | |
| DONALD J. TRUMP,<br>President of the United States<br>1600 Pennsylvania Avenue N.W.<br>Washington, D.C. 20035, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATION RE: SUMMONS RETURNED UNEXECUTED**

Plaintiffs file this certification to alert the Court that the summonses on two

defendants have been returned unexecuted. Counsel for all the defendants,

however, has been served and has entered an appearance.

Plaintiffs filed a complaint and summonses in this action on February 12,

2025. Dkt. #1. The clerk issued the summonses electronically for all the defendants

as well as the Attorney General for the United States (AG) and the U.S. Attorney's

Office for the District of Columbia (USAO) on February 13, 2025. Dkt. #2. On

February 14, 2025, Plaintiffs' counsel served the complaint and summonses by

certified mail on the ten named defendants as well as the Attorney General for the

United States (AG) and the U.S. Attorney's Office for the District of Columbia

(USAO). Plaintiffs' counsel also served the complaint and summons on the USAO by

email on February 14, 2025, pursuant to the Department of Justice instructions at https://www.justice.gov/usao-dc/civil-division.

Government counsel for all the defendants entered an appearance on February 17, 2025. Dkt. #15. The Court held a hearing on Plaintiffs' Motion for a Temporary Restraining Order on February 18, 2025. Service was executed for eight of the named defendants, the AG, and the USAO, and Plaintiffs' counsel has filed the applicable Returns of Service/Affidavit of Summons and Complaint with the Court. Dkt. ## 19-26, 29-30.

Service, however, has not been effected on two defendants: (1) Makenzie Lystrup, MD, Director, Goddard Space Flight Center, National Aeronautics and Space Administration, 8800 Greenbelt Road, Greenbelt, Maryland 20771, and (2) Matthew J. Memoli, MD, Acting Director, National Institutes of Health, 9000 Rockville Pike, Bethesda, Maryland 20892.[1] Although Plaintiffs' counsel used the addresses for these two defendants which are the public addresses of record, and tried to serving in February and again in April, the U.S. Postal Service has not effected delivery. *See* attached.

Accordingly, plaintiffs file this certification to alert the Court.

---

[1] Dr. Jay Bhattacharya was confirmed as the Director of NIH by the U.S. Senate on March 25, 2025.

2

Respectfully submitted,

/s/ Julie M. Wilson

_____

JULIE M. WILSON
General Counsel
D.C. Bar No. 482946

/s/ Paras N. Shah

_____

PARAS N. SHAH
Deputy General Counsel
D.C. Bar No. 983881

/s/ William Li

_____

WILLIAM LI
Associate General Counsel
D.C. Bar No. 1006366

/s/ Allison C. Giles

_____

ALLISON C. GILES
Assistant Counsel
D.C. Bar No. 439705

/s/ Jessica Horne

_____

JESSICA HORNE
Assistant Counsel
D.C. Bar No. 1029732
NATIONAL TREASURY
EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
Tel: (202) 572-5500
julie.wilson@nteu.org
paras.shah@nteu.org
william.li@nteu.org
allie.giles@nteu.org
jessica.horne@nteu.org
Attorneys for Plaintiff NTEU

/s/ Yvette M. Piacsek

_____

YVETTE M. PIACSEK
General Counsel
D.C. Bar No. 980302
NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Avenue N.W., Suite 450
Washington, D.C. 20005
Tel: 202-216-4428
ypiacsek@nffe.org
Attorney for Plaintiff NFFE

/s/ Carla M. Siegel

_____

CARLA M. SIEGEL
General Counsel
D.C. Bar No. 449953
INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
WORKERS, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
Tel: 301-967-4510
csiegel@iamaw.org
Attorney for Plaintiff IAM

/s/ Teresa Ellis

_____

TERESA ELLIS (admission pending)
General Counsel
D.C. Bar No. 495855
INTERNATIONAL FEDERATION OF
PROFESSIONAL & TECHNICAL
ENGINEERS, AFL-CIO
513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org
Attorney for Plaintiff IFPTE

4

/s/ Joshua B. Shiffrin
_____

Joshua B. Shiffrin
D.C. Bar No. 501008
Bredhoff & Kaiser P.L.L.C.
805 15th Street N.W.
Suite 1000
Washington D.C. 20005
Tel: (202) 842-2600
jshiffrin@bredhoff.com

May 2, 2025                          Attorney for Plaintiff UAW

EXHIBIT 1

ALERT: SEVERE WEATHER IN THE CENTRAL SOUTHERN U. S. THROUGH NORTHEAST U.S. M…

# USPS Tracking®

FAQs 〉

**Tracking Number:**

**Remove** ✕

# 9589071052700006168527

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility, Arriving Late**

February 24, 2025

**Arrived at USPS Facility**

GREENBELT, MD 20770
February 20, 2025, 7:36 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                          ⌄

---

**Return Receipt Electronic**                                                     ⌄

---

**USPS Tracking Plus®**                                                           ⌄

---

Feedback

5/2/25, 8:32 AM
Case 1:25-cv-00420-CRC
Document 39
USPS.com® - USPS Tracking® Results
Filed 05/02/25
Page 8 of 16



**Product Information**

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



U.S. Postal Service

# CERTIFIED MAIL® RECEIPT

Domestic Mail Only

For delivery information, visit our website at www.usps.

Greenbelt, MD 20771

OFFICIAL US

| Certified Mail Fee | $4.85 | |
| --- | --- | --- |
| $ | | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | | $2.82 |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☒ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $3.43 | |
| $ | | |
| Total Postage and Fees | | |
| $10.50 | | |

Sent To    M. Lystrup, Dir, GSFC, NAS

Street and Apt. No., or PO Box No.    8800 Greenbelt Rd

City, State, ZIP+4®    Greenbelt MD 2077

9589 0710 5270 0006 1685 27

ALERT: SEVERE WEATHER IN THE CENTRAL SOUTHERN U. S. THROUGH NORTHEAST U.S. M...

# USPS Tracking®

FAQs  >

**Tracking Number:**

Remove ✕

## 95890710527000006168633

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

___

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility, Arriving Late**

February 19, 2025

**Arrived at USPS Regional Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
February 15, 2025, 9:12 am

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

___

Text & Email Updates                                    ⌄

___

Return Receipt Electronic                               ⌄

___

USPS Tracking Plus®                                     ⌄

___



**Product Information**                                                                            ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

| FAQs |

# CERTIFIED MAIL® RECEIPT

**Domestic Mail Only**

For delivery information, visit our website at www.usps

Bethesda, MD 20892

| Certified Mail Fee | | $4.85 |
|---|---|---|
| $ | | $0.00 |

**Extra Services & Fees** *(check box, add fee as appropriate)*
$2.82

☐ Return Receipt (hardcopy) $ _____

☒ Return Receipt (electronic) $ _____ $0.00

☐ Certified Mail Restricted Delivery $ _____ $0.00

☐ Adult Signature Required $ _____ $0.00

☐ Adult Signature Restricted Delivery $ _____

| Postage | $3.43 |
|---|---|
| $ | |

| Total Postage and Fees | |
|---|---|
| $10.90 | |

Sent To    M. Memoli, NIH

Street and Apt. No., or PO Box No.    5000 Rockville Pike

City, State, ZIP+4®    Bethesda MD 20892

9589 0710 5270 0006 1989 33

ALERT: SEVERE WEATHER IN THE CENTRAL SOUTHERN U. S. THROUGH NORTHEAST U.S. M...

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

# 9589071052701619620204

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Information Available Soon

USPS doesn't yet have a status update on this item shipped from the Post Office. Information is usually updated within the hour of your visit. Please check back soon.

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To Matthew Memoli, Acting Director NIH
Street and Apt. No., or PO Box No. 9000 Rockville Pike, Bldg 1 Ofc, 118
City, State, ZIP+4® Bethesda MD 20890

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1619 6202 04

USPS.com® - USPS Tracking® Results

ALERT: SEVERE WEATHER IN THE CENTRAL SOUTHERN U. S. THROUGH NORTHEAST U.S. M…

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052701619620198

Remove ✕

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Information Available Soon

USPS doesn't yet have a status update on this item shipped from the Post Office. Information is usually updated within the hour of your visit. Please check back soon.

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To Dr Makenzis Lystrup Ctr Dir
Street and Apt. No., or PO Box No. Goddard 3800 Greenbelt Rd Bldg 8
City, State, ZIP+4 Greenbelt MD 20771          Rm 600C

9589 0710 5270 1619 7201 98

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions