**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | ) | |
| Plaintiffs, | ) | No. 1:25-cv-00420 (CRC) |
| v. | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| Defendants. | ) | |

**PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully submit this motion for more time to respond to Defendants' Motion to Dismiss. Counsel for defendants advised that they consent to this motion.

Plaintiffs filed a Complaint in this action on February 12, 2025 (Dkt. #1) and filed an Amended Complaint on February 17, 2025 (Dkt. # 13). After briefing and a hearing, the Court entered an order denying Plaintiffs' request for a temporary restraining order on February 20, 2025 (Dkt. # 28). Defendants filed a consent motion to extend their time to respond to Plaintiff's Amended Complaint on April 11, 2025 (Dkt. #35) and filed a Motion to Dismiss on May 15, 2025 (Dkt. #41). Absent an extension of time, Plaintiffs' response to that motion would be due May 29, 2025. *See* D.D.C. Local Rule 7(b).

Plaintiffs have filed a motion for leave to file a Second Amended Complaint. As the motion will explain, the Second Amended Complaint will include relevant

and updated factual allegations as well as revised claims. It would be more efficient for the Court and the parties if any Rule 12 briefing took this proposed Second Amended Complaint into account. If Plaintiffs' motion for leave were granted, Defendants would presumably want to amend their Motion to Dismiss to address Plaintiffs' updated factual allegations and claims.

Accordingly, Plaintiffs propose, with Defendants' consent, the following schedule:

- If the Court grants Plaintiffs leave to file their Second Amended Complaint, any motion to dismiss that Complaint by the government would be due within 21 days of the filing of that Second Amended Complaint.
- If the Court denies Plaintiffs leave to file the Second Amended Complaint, then Plaintiffs response to the pending Motion to Dismiss would be due 21 days after that Order.

Respectfully submitted,

/s/ Julie M. Wilson
JULIE M. WILSON
General Counsel
D.C. Bar No. 482946

/s/ Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar No. 983881

/s/ Allison C. Giles
ALLISON C. GILES
Assistant Counsel
D.C. Bar No. 439705

/s/ Jessica Horne
JESSICA HORNE
Assistant Counsel
D.C. Bar No. 1029732

NATIONAL TREASURY
EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
Tel: (202) 572-5500
Fax: (202) 572-5645
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
jessica.horne@nteu.org

Attorneys for Plaintiff NTEU

/s/ Yvette M. Piacsek
YVETTE M. PIACSEK
General Counsel
D.C. Bar No. 980302

NATIONAL FEDERATION OF FEDERAL EMPLOYEES, IAM, AFL-CIO
1225 New York Avenue N.W., Suite 450
Washington, D.C. 20005
Tel: 202-216-4428
ypiacsek@nffe.org

Attorney for Plaintiff NFFE

/s/ Carla M. Siegel
CARLA M. SIEGEL
General Counsel
D.C. Bar No. 449953

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
Tel: 301-967-4510
csiegel@iamaw.org

Attorney for Plaintiff IAM

/s/ Teresa Ellis
TERESA ELLIS (admission pending)
General Counsel
D.C. Bar No. 495855

INTERNATIONAL FEDERATION OF PROFESSIONAL & TECHNICAL ENGINEERS, AFL-CIO
513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org

May 27, 2025

Attorney for Plaintiff IFPTE