IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )  No. 1:25-cv-00420-CRC |
| v. | )<br>)<br>) |
| DONALD J. TRUMP, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF UAW'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America hereby voluntarily dismisses all of its claims in this action.

Dated: May 27, 2025

/s/ Joshua B. Shiffrin
Joshua B. Shiffrin
D.C. Bar No. 501008
Bredhoff & Kaiser P.L.L.C.
805 15th Street N.W.
Suite 1000
Washington D.C. 20005
Tel: (202) 842-2600
jshiffrin@bredhoff.com

*Attorney for Plaintiff International Union, United Automobile, Aerospace and Agricultural Implement Workers of America*