IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:25-cv-00420 (CRC) |
| v. | ) ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION FOR A REVISED BRIEFING SCHEDULE

The parties jointly move the Court for a revised briefing schedule in connection with Plaintiff's second amended complaint and Defendants' motion to dismiss.

Under this Court's Order of June 6, 2025, Defendants' motion to dismiss (or other response to) Plaintiff's second amended complaint is due June 27, 2025. Under the local rules, Plaintiff's opposition would be due two weeks later, and Defendants' reply would be due one week after that. *See* D.D.C. Local Rule 7(b), (d).

The parties jointly propose a revised briefing schedule which will not unduly delay resolution of this case with the following deadlines:

July 11, 2025: Defendants' motion to dismiss Plaintiff's second amended complaint;

August 15, 2025: Plaintiff's opposition to Defendants' motion to dismiss;

August 29, 2025: Defendants reply in support of their motion to dismiss.

1

Respectfully submitted,

For the Plaintiffs:

/s/ Julie M. Wilson
JULIE M. WILSON
General Counsel
D.C. Bar No. 482946

/s/ Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar No. 983881

/s/ Allison C. Giles
ALLISON C. GILES
Assistant Counsel
D.C. Bar No. 439705

/s/ Jessica Horne
JESSICA HORNE
Assistant Counsel
D.C. Bar No. 1029732

NATIONAL TREASURY
EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
Tel: (202) 572-5500
Fax: (202) 572-5645
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
jessica.horne@nteu.org

Attorneys for Plaintiff NTEU

/s/ Yvette M. Piacsek
YVETTE M. PIACSEK
General Counsel
D.C. Bar No. 980302

NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Avenue N.W., Suite 450
Washington, D.C. 20005
Tel: 202-216-4428
ypiacsek@nffe.org

Attorney for Plaintiff NFFE


/s/ Carla M. Siegel
CARLA M. SIEGEL
General Counsel
D.C. Bar No. 449953

INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
WORKERS, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
Tel: 301-967-4510
csiegel@iamaw.org

Attorney for Plaintiff IAM

<u>/s/ Teresa Ellis</u>
TERESA ELLIS (admission pending)
General Counsel
D.C. Bar No. 495855

INTERNATIONAL FEDERATION OF
PROFESSIONAL & TECHNICAL
ENGINEERS, AFL-CIO
513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org

Attorney for Plaintiff IFPTE

For the Defendants:

<u>*/s/ Richard C. Giles*</u>
RICHARD C. GILES
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 598-7598
Email: Richard.C.Giles@usdoj.gov