UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00420 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF PAGE LIMITS**

Under Fed. R. Civ. P. 7 and LCvR 7(e), Defendants respectfully move for leave to file a memorandum of law exceeding the 45-page limit by four pages (total 49 pages) in support of its motion to dismiss. Good cause supports this request, which Plaintiffs do not oppose.

LCvR 7(e) establishes a 45-page limit for supporting memoranda. Plaintiffs' Amended Complaint asserts five counts for relief under the Constitution, the Inflation Reduction Act, and the Administrative Procedure Act. A four-page extension is necessary to fully address each of those claims concisely but fully to benefit the Court's consideration of the issues. Under LCvR 7(m), Defendants conferred with Plaintiffs' counsel, who indicated that they do not oppose this motion. A copy of Defendants' proposed memorandum is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully requests that the Court grant their unopposed motion for leave to file a memorandum in support of their Motion to Dismiss that exceeds the page limits by three pages.

1

Dated: July 11, 2025

    Respectfully submitted,

    BRETT A. SCHUMATE
    Assistant Attorney General
    Civil Division

    CHRISTOPHER R. HALL
    Assistant Branch Director
    Federal Programs Branch

    */s/ Richard C. Giles*
    RICHARD C. GILES
    Trial Attorney (WY Bar No. 8-7222)
    U.S. Department of Justice
    Civil Division
    Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    (202) 616-8482
    Richard.C.Giles@usdoj.gov

    *Counsel for Federal Defendants*