**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al., et al., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-00420 |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CORRECTED UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN
EXCESS OF PAGE LIMITS**

Under Fed. R. Civ. P. 7 and LCvR 7(e), Defendants respectfully move for leave to file a memorandum of law exceeding the 45-page limit by three pages (total 48 pages) in support of its motion to dismiss. Good cause supports this request, which Plaintiffs do not oppose.

LCvR 7(e) establishes a 45-page limit for supporting memoranda. Plaintiffs' Amended Complaint asserts five counts for relief under the Constitution, the Inflation Reduction Act, and the Administrative Procedure Act. A three-page extension is necessary to fully address each of those claims concisely but fully to benefit the Court's consideration of the issues. Under LCvR 7(m), Defendants conferred with Plaintiffs' counsel, who indicated that they do not oppose this motion. A copy of Defendants' proposed motion to dismiss, memoranda in support, and proposed order is attached hereto as Exhibits A, B, and C.

WHEREFORE, Defendants respectfully requests that the Court grant their unopposed motion for leave to file a memorandum in support of their Motion to Dismiss that exceeds the page limits by three pages.

Dated: July 14, 2025                                Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General
                                                    Civil Division

                                                    CHRISTOPHER R. HALL
                                                    Assistant Branch Director
                                                    Federal Programs Branch

                                                    */s/ Richard C. Giles*
                                                    RICHARD C. GILES
                                                    Trial Attorney (WY Bar No. 8-7222)
                                                    U.S. Department of Justice
                                                    Civil Division
                                                    Federal Programs Branch
                                                    1100 L St. NW
                                                    Washington, D.C. 20005
                                                    (202) 616-8482
                                                    Richard.C.Giles@usdoj.gov

                                                    *Counsel for Federal Defendants*