UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:25-cv-00420

**DEFENDANTS' NOTICE OF CORRECTED FILINGS**

Defendants' filings of July 11, 2025 (ECF Nos. 56, 57) contained a handful of non-substantive, primarily typographical errors. By this filing, Defendants notify the Court that they have resubmitted corrected versions of those filings, and ask that they be deemed filed as of July 11, the original date of filing, if the Court finds good cause to grant Defendants' Corrected Unopposed Motion for Leave to File Brief in Excess of Page Limits (ECF No. 58).

Dated: July 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

<u>/s/ Richard C. Giles</u>
RICHARD C. GILES
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 598-7598
Email: Richard.C.Giles@usdoj.gov

*Counsel for Defendants*