IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )    No. 1:25-cv-00420-CRC |
| v. | )<br>)<br>) |
| DONALD J. TRUMP, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF PAGE LIMITS**

Pursuant to Local Rule 7(e), Plaintiffs respectfully move for leave to file a memorandum of law exceeding the 45-page limit by seven pages (total 52 pages) in opposition to Defendant's motion to dismiss. Defense counsel consents to this motion.

Defendants filed a motion to dismiss on July 11, 2025 (Dkt. #57). Plaintiffs' opposition brief is due August 15, 2025. *See* Minute Order (June 23, 2025). Plaintiffs need a page extension in order to fully address each of the arguments raised by the Defendants in their motion, including jurisdictional and standing arguments, as well as merits arguments on each of Plaintiffs' five claims. Defendants also moved for a page extension in connection with their motion to dismiss, which Plaintiffs did not oppose and which this Court granted on July 15, 2025.

For these reasons, plaintiffs respectfully request that the Court grant this consent motion. A proposed order is attached.

Respectfully submitted,

/s/ Julie M. Wilson
JULIE M. WILSON
General Counsel
D.C. Bar No. 482946

/s/ Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar No. 983881

/s/ Allison C. Giles
ALLISON C. GILES
Assistant Counsel
D.C. Bar No. 439705

/s/ Jessica Horne
JESSICA HORNE
Assistant Counsel
D.C. Bar No. 1029732

NATIONAL TREASURY
EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
Tel: (202) 572-5500
Fax: (202) 572-5645
julie.wilson@nteu.org
paras.shah@nteu.org
allie.giles@nteu.org
jessica.horne@nteu.org

Attorneys for Plaintiff NTEU

/s/ Yvette M. Piacsek
YVETTE M. PIACSEK
General Counsel
D.C. Bar No. 980302

NATIONAL FEDERATION OF FEDERAL
EMPLOYEES, IAM, AFL-CIO
1225 New York Avenue N.W., Suite 450
Washington, D.C. 20005
Tel: 202-216-4428
ypiacsek@nffe.org

Attorney for Plaintiff NFFE


/s/ Carla M. Siegel
CARLA M. SIEGEL
General Counsel
D.C. Bar No. 449953

INTERNATIONAL ASSOCIATION OF
MACHINISTS AND AEROSPACE
WORKERS, AFL-CIO
9000 Machinists Place
Upper Marlboro, MD 20772
Tel: 301-967-4510
csiegel@iamaw.org

Attorney for Plaintiff IAM

/s/ Teresa Ellis
TERESA ELLIS (admission pending)
General Counsel
D.C. Bar No. 495855

INTERNATIONAL FEDERATION OF
PROFESSIONAL & TECHNICAL
ENGINEERS, AFL-CIO
513 C Street N.E.
Washington, D.C. 20002
Tel: (202) 239-4880
tellis@ifpte.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | ) ) ) |
| Plaintiffs, | ) )    No. 1:25-cv-00420-CRC |
| v. | ) ) ) |
| DONALD J. TRUMP, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Consent Motion for Leave to File Brief in Excess of Page Limits, it is hereby ordered that

Plaintiffs' Motion is granted; and

Plaintiffs may file an Opposition Memorandum of Law to Defendants' Motion to Dismiss in excess of the 45-page limit by seven additional pages (total 52 pages).

SO ORDERED.


Date: _____   _____
                                Hon. Christopher R. Cooper