UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　Defendants. | Civil Action No. 1:25-cv-00420-CRC |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS**

Please take notice of the substitution of counsel for Defendants. Kathryn L. Alkire, a Trial Attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance on behalf of Defendants. Ms. Alkire will replace Richard Cody Giles, who hereby withdraws as counsel for Defendants. Ms. Alkire hereby certifies pursuant to Local Rule 83.2(d) that she is personally familiar with the Local Rules of this Court.

Dated: November 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Kathryn L. Alkire*
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Kathryn.L.Alkire@usdoj.gov
Phone: (202) 307-0184
E-mail: Kathryn.L.Alkire@usdoj.gov

*Counsel for Defendants*