UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL TREASURY EMPLOYEES UNION**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendants. | Case No. 25-cv-420 (CRC) |

## ORDER

Among other grounds, Defendants have moved to dismiss the complaint in this case because Plaintiffs' claims must be channeled through administrative schemes in the first instance. Plaintiffs counter that they can no longer bring certain claims to the Federal Labor Relations Authority ("FLRA") because Executive Order 14,251 has excluded certain employees of various agencies from the Federal Service Labor-Management Relations Statute's coverage and, therefore, the Court has jurisdiction to hear them. The D.C. Circuit is almost certain to resolve this dispute in National Treasury Employees Union v. Trump, No. 25-5157, as the government in that case has appealed a district court ruling that accords with Plaintiffs' arguments here. The Circuit's decision would thus "narrow the issues" in this case and "assist in the determination of the questions of law involved." Hulley Enters. Ltd. v. Russian Fed'n, 211 F. Supp. 3d 269, 276 (D.D.C. 2016) (quoting Landis v. N. Am. Co., 299 U.S. 248, 253 (1936)).

The Supreme Court's forthcoming decision in Trump v. Slaughter, No. 25-332, might also address the future structure of multi-member independent agencies like the FLRA and therefore inform the question of whether the agency is functioning as Congress intended for

2

purposes of the Court's channeling analysis.  It is, therefore, in the interest of judicial economy to stay the case pending rulings in those cases.

Accordingly, it is hereby **ORDERED** that this matter be administratively STAYED until the D.C. Circuit issues an opinion in National Treasury Employees Union v. Trump, No. 25-5157, and the Supreme Court issues an opinion in Trump v. Slaughter, No. 25-332.  Meanwhile, the Court hereby STRIKES Defendants' pending [57] Motion to Dismiss without prejudice.  The parties are hereby DIRECTED to file within fourteen days of the later issued opinion a proposed schedule for renewed briefing as necessary.

**SO ORDERED.**

                                                      CHRISTOPHER R. COOPER
                                                      United States District Judge

Date:  February 27, 2026